# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION
# CIVIL ACTION NO. 3:16-CV-00013-TBR

AMERICAN TAX FUNDING, LLC,                               Plaintiff,

v.

MICHAEL J. GREEN, *et al.*,                               Defendants.

## MEMORANDUM OPINION AND ORDER

On March 16, 2016, the Court remanded this case to the Jefferson County Circuit Court for lack of subject-matter jurisdiction. R. 8 at 3–4 (Memorandum Opinion and Order). Michael J. Green, proceeding *pro se*, asks the Court to reconsider its ruling ostensibly on account of clear legal error. R. 11 at 1–3 (Motion to Reconsider). The Court is powerless to entertain this motion, however, because once a case has been remanded to state court for lack of jurisdiction, 28 U.S.C. § 1447(d) divests the Court of authority to reconsider the remand order. *See Brierly v. Alusuisse Flexible Packaging, Inc.*, 184 F.3d 527, 531 (6th Cir. 1999) ("[T]he language in § 1447(d) has been universally construed in other circuits to preclude further reconsider or review of a district court's order remanding a case, because a remand to state court divests a district court of jurisdiction such that it may not take any further action on the case."); *Cook v. Lankford*, 17 F. App'x 351, 352 (6th Cir. 2001). Regardless, even if the Court had authority to reconsider its remand order, it would not reach a different conclusion.

**IT IS HEREBY ORDERED** that Defendant Michael J. Green's Motion to Reconsider (R. 11) is **DENIED**.

Date:

cc:        Defendant, *pro se*
             Counsel of Record